**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

STACY A MCCAULEY COONEY                                       Chapter 13

                               Debtor           Bankruptcy No. 18-13947-MDC

### CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

**AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1) by failing to propose an adequately funded plan, in that the total filed proofs of claim which are to be paid through the plan exceed the value of the plan.
Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326.

       The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

       The standing trustee consents to the entry of a final order or judgment by the Court if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

       **WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                                                                       Respectfully submitted,

                                                                       /s/ William C. Miller
                                                                       _____
                                                                       William C. Miller, Esquire
                                                                       Chapter 13 Standing Trustee
                                                                       P.O. Box 1229
                                                                       Philadelphia, PA 19105
                                                                       Telephone: (215)627-1377