UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Stacy McCauley-Cooney | : | Chapter 13 |
| | : | |
| Debtors | : | Case No.: 18-13947MDC |

## MOTION TO APPROVE LOAN MODIFICATION WITH SETERUS

**NOW INTO COURT COMES**, Stacy McCauley-Cooney, hereinafter referred to as "Debtor", move this Honorable Court for an Order approving their loan modification with Seterus ("Mortgagee"), and avers the following:

1. On June 13th, 2018, Debtor filed a Voluntary Petition for relief under Chapter 13 of the Bankruptcy Code.

2. The Debtor, in an attempt to successfully reorganize and retain her family's home, applied for a loan modification with his Mortgagee.

3. The Debtor completed her trial modification period payments.

4. Please find the loan modification attached and marked as "**Exhibit A.**"

5. Additionally, the Mortgagee has approved the Debtor for a permanent modification of her loan which makes her loan payment more affordable and will have a lower interest rate.

6. The Mortgagee requires an Order from this Honorable Court allowing the entry of said loan modification.

**WHEREFORE**, Debtor, in the above captioned Motion, prays that this Motion for Court approval of hier loan modification be granted.

Dated: March 7, 2019                    /s/Brad J. Sadek, Esq
                                        Brad J. Sadek, Esq.

                                        Attorney for Debtor
                                        Sadek and Cooper, LLC.
                                        1315 Walnut Street, #502
                                        Philadelphia, PA 19107
                                        215-545-0008